United States District Court
Southern District of Texas
**ENTERED**
September 17, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MIGUEL SUAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00129 |
| | § | |
| LOS FRESNOS VENTURES 747, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER CLOSING CASE

Before the Court is the parties' "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)." Dkt. No. 9. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff is permitted to voluntarily dismiss an action without need for a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344—45 (5th Cir. 2020) (en banc).

Except as provided for by any settlement agreement between the parties, each party shall bear its own costs and fees. Accordingly, all claims in this case are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**.

**SIGNED** on this **17th** day of **September, 2025**, at Brownsville, Texas.

_____

**Ignacio Torteya, III
United States Magistrate Judge**